UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY LEE COBLE,<br><br>     Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. C16-98-JLR-BAT<br><br>**REPORT AND RECOMMENDATION** |

  Plaintiff appeals the denial of his applications for disability benefits.  Dkt. 1.  The parties stipulate that the case should be reversed and remanded.  Dkt. 18.  The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  The parties stipulate that if the Commissioner does not issue a fully favorable decision on the record upon remand, then plaintiff will have the opportunity for a de novo hearing.  The parties further stipulate that upon remand, the Commissioner will further develop the record and issue a new decision.  The Commissioner will further evaluate the medical opinions of record during the alleged period of disability; further evaluate plaintiff's maximum residual functional capacity; and at steps four and five of the sequential evaluation, assess plaintiff's ability to perform past work or work existing in significant numbers in the national economy, with the assistance of a

REPORT AND RECOMMENDATION - 1

1  VE, if necessary. The parties stipulate that upon proper application, plaintiff shall be eligible for
2  attorney's fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.
3      Because the parties have stipulated that the case be remanded as set forth above, the
4  Court recommends that United States District Judge James L. Robart immediately approve this
5  Report and Recommendation and order the case **REVERSED** and **REMANDED** for further
6  administrative proceedings as set forth above.  A proposed order accompanies this Report and
7  Recommendation.
8      DATED this 22nd day of July, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2